IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30596
Summary Calendar
_____


MARY ANN STEPHENS; SHILBY STEPHENS;
SHARON SKIPPER; ROBERT SKIPPER,

                                            Plaintiffs-Appellants,

                    versus

CIBA GEIGY CORP., Etc., ET AL.,

                                            Defendants,

CIBA GEIGY CORP., KENNETH A. DEVUN;
EDITH TEMPLET; ROBERT MASSEY BABB;
CHEMICAL COMPANIES, Unknown; INSURANCE
COMPANIES, Unknown; UNITED STATES
FIDELITY & GUARANTY INSURANCE CORP.,

                                            Defendants-Appellees.
_____

Appeal from the United States District Court for
the Middle District of Louisiana
(USDC No. 98-CV-27-B)
_____
March 28, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-appellants Shelby and Mary Ann Stephens and Robert and Sharon Skipper appeal from summary judgment against them on their personal injury claims; however, they direct no response to the rulings of the trial court. Applying Louisiana law, the district court held that the one year prescriptive period had run as to both appellees and that appellants failed to show that the period had been suspended. In addition, the district court held that the claims of Shelby and Mary Ann Stephens and Robert Skipper against Ciba Geigy, Inc. are precluded by the doctrine of res judicata. We agree that summary judgment is appropriate for these reasons.

AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.